**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                              CASE NO. 09-30071-PNS3
                                                    CHAPTER 13
VAUGHN SIMMONS, SR.
MARIE SIMMONS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: INTERNATIONAL PORTFOLIO which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 405178 in the amount of 30.20 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                        ─────────────────────────────
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| VAUGHN SIMMONS, SR.<br>MARIE SIMMONS<br>5961 QUEEN STREET<br>MILTON, FL 32570 | INTERNATIONAL PORTFOLIO<br>POLLACK & ROSEN, P.A.<br>800 DOUGLAS RD., NORTH TOWER,<br>SUITE 450<br>CORAL GABLES, FL 33134 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
12/29/2010  1:29 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```